UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-892 PA (SSx) | | Date | September 24, 2014 |
|---|---|---|---|---|
| Title | United States v. $380,606.00 in U.S. Currency | | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Julieta Lozano | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**      ORDER TO SHOW CAUSE

The Court has received notice that James Joseph Warner ("Mr. Warner"), attorney of record for claimants Carlos Ulises Quevedo Camacho and Juanita B. Lopez a/k/a Juanita Berenicel Munguia ("Claimants"), is no longer a member in good standing of the State Bar of California. Only members in good standing of the State Bar of California may appear before this Court. See Local Rules 83-2.1.1 and 83-2.1.2.

Accordingly, the Court will require evidence that Mr. Warner is currently a member in good standing of the State Bar of California. A written response to this order shall be filed no later than October 1, 2014. If an adequate response to this order is not received by that date, the Court will relieve Mr. Warner of his duties as attorney of record in this matter.

IT IS SO ORDERED.